

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*K.T. Newton*
*Direct Dial: (215)861-8329*
*Facsimile: (215)861- 8618*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

February 4, 2022

U.S. District Court Clerk's Office
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. V. Tsymbalenko</u>
                Magistrate No. 22-mj-137

Dear Clerk:

        Please unseal the Complaint and Warrant in the above-captioned matter.

        Very truly yours,

        JENNIFER ARBITTIER WILLIAMS
        United States Attorney


         /s K.T. Newton
        K.T. NEWTON
        Assistant United States Attorney